

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-86,567-01**

**EX PARTE MARK ANTHONY GONZALEZ, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
IN CAUSE NO. 2011-CR-5289 IN THE 175ᵀᴴ JUDICIAL DISTRICT COURT
BEXAR COUNTY**

*Per curiam*.

**O R D E R**

In October 2015, a jury found Applicant guilty of the offense of capital murder.

*See* TEX. PENAL CODE § 19.03(a).  Based on the jury's answers to the statutory

punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the

trial court sentenced Applicant to death.[1]  On November 19, 2018, the State filed in this

Court its brief on Applicant's direct appeal.  Pursuant to Article 11.071 §§ 4(a) and (b),

_____

[1]  Unless otherwise indicated, all references in this order to Articles refer to the Texas
Code of Criminal Procedure.

and a motion for extension filed pursuant to Article 11.071 § 4A, Applicant's initial application for a writ of habeas corpus was due to be filed in the trial court on or before April 3, 2019. *See Ex parte Gonzalez*, No. WR-86,567-01 (Tex. Crim. App. Feb. 27, 2019) (not designated for publication).

It has been almost two years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 180 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish